FILED COPY: MAY 9, 2008
08CV2692   EDA
JUDGE DOW
MAGISTRATE JUDGE COX

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case

FOUNDERS INSURANCE COMPANY a/s/o JOSEPH MELANDEZ

V.

MAYTAG CORPORATION d/b/a AMANA, a foreign corporation and WHIRLPOOL CORPORATION as the Successor Corporation of MAYTAG CORPORATION, a foreign corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOUNDERS INSURANCE COMPANY a/s/o JOSEPH MELANDEZ

---

| SIGNATURE |
|---|
| *[signature]* |
| FIRM |
| Edward L. Cooper |
| STREET ADDRESS |
| 70 West Madison Street, Suite 4200 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0512842 | (312) 332-2840 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |