# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FOUNDERS INSURANCE COMPANY a/s/o JOSEPH MELANDEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 08-CV-2692 |
| vs. | ) ) | Judge Robert M. Dow Jr. |
| MAYTAG CORPORATION d/b/a AMANA, a foreign corporation and WHIRLPOOL CORPORATION as the Successor Corporation of MAYAG CORPORATION, a foreign corporation, | ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF MAYTAG CORPORATION

In accordance with Fed. R. Civ. P. 7.1 and United States District Court for the Northern District of Illinois, Eastern Division, Local Rule 3.2, Defendant Maytag Corporation makes the following corporate disclosures:

1.  Identify all parent corporations:   Maytag Corporation is a wholly owned subsidiary of Whirlpool Corporation.

2.  List any publicly-held company that owns 10% or more of the party's stock: Whirlpool Corporation.

Respectfully submitted,

By: /s/ Marc S. Silver
　　　Marc S. Silver
　　　James E. Michel
　　　BARNES & THORNBURG LLP
　　　One N. Wacker Drive, Suite 4400
　　　Chicago, IL 60606
　　　Telephone:　　(312) 357-1313
　　　Facsimile:　　(312) 759-5646
　　　Email:　　　　msilver@btlaw.com
　　　　　　　　　　jmichel@btlaw.com
Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, a copy of the foregoing **Defendant Maytag Corporation's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from One Wacker Drive, Chicago, Illinois. Parties may access this filing through the Court's system.

Edward L. Cooper
70 W. Madison Street
Suite 4200
Chicago, Illinois 60602


/s/ James E. Michel
James E. Michel

CHDS01 477132v1