UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOUNDERS INSURANCE COMPANY a/s/o JOSEPH MELANDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> MAYTAG CORPORATION d/b/a AMANA, a foreign corporation and WHIRLPOOL CORPORATION as the Successor Corporation of MAYAG CORPORATION, a foreign corporation, <br><br> Defendants. | Case No. 08-CV-2692 <br><br> Judge Robert M. Dow Jr. <br><br> Magistrate Judge Susan E. Cox |

**CORPORATE DISCLOSURE STATEMENT OF WHIRLPOOL CORPORATION**

In accordance with Fed. R. Civ. P. 7.1 and United States District Court for the Northern District of Illinois, Eastern Division, Local Rule 3.2, Defendant Whirlpool Corporation makes the following corporate disclosures:

1. <u>Identify all parent corporations</u>: There are no parent corporations to Whirlpool Corporation.

2. <u>List any publicly-held company that owns 10% or more of the party's stock</u>: Pzena Investment Management, LLC owns 11.45 percent of Whirlpool common stock. Pzena Investment Management, LLC is not publicly held; however, Pzena Investment Management, Inc. is the holding company of Pzena Investment Management, LLC, and Pzena Investment Management, Inc. is traded publicly (PZN).

Respectfully submitted,

By: /s/ Marc S. Silver

    Marc S. Silver
    James E. Michel
    BARNES & THORNBURG LLP
    One N. Wacker Drive, Suite 4400
    Chicago, IL 60606
    Telephone:     (312) 357-1313
    Facsimile:     (312) 759-5646
    Email:     msilver@btlaw.com
              jmichel@btlaw.com

Attorneys for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, a copy of the foregoing **Defendant Whirlpool Corporation's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from One Wacker Drive, Chicago, Illinois. Parties may access this filing through the Court's system.

>Edward L. Cooper
>70 W. Madison Street
>Suite 4200
>Chicago, Illinois 60602


>/s/ James E. Michel
>James E. Michel

CHDS01 477137v1